In the Matter of the Estate of FRANK J. CONOVER, Deceased. GERTRUDE M. DRAPER, Petitioner, Respondent; MONTFORD C. HOLLEY and Another, as Administrators, etc., and Others, Appellants.— Decree affirmed, with costs, with leave to the appellants to serve within twenty days amended answers setting up fraud and undue influence, upon payment to the respondent of the costs in this proceeding awarded in the Surrogate's Court and upon this appeal. All concur. (The decree grants a motion to strike out portions of the answer and grants summary judgment in a proceeding to compel delivery of a bank book.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ASA L. SPECK, Respondent, v. WHITE SEWING MACHINE COMPANY, Appellant.— Judgment modified upon the law and facts and as modified affirmed, without costs of this appeal to either party. Certain findings of fact and conclusion of law disapproved and reversed and new findings and conclusions made. All concur. (The judgment is for plaintiff in an action to recover commissions due under a contract.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of the Proceedings of GRACE L. CONNORS DONOVAN and Others, as Executors of WILLIAM J. CONNORS, Deceased.— Decree affirmed, with costs. All concur. (The decree disallows a claim against an estate for services rendered.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Estate of ARTHUR HIND, Deceased.— Decree affirmed, with costs. (See Matter of Flatbush Gum Co., Inc., 73 F. [2d] 283; Matter of Browning, King & Co., 79 id. 983; Matter of Messenger's Merchants Lunch Rooms, Inc., 85 id. 1002; Reinecke v. Gardner, 277 U. S. 239; Sawtell v. Commissioner of Internal Revenue, 82 F. [2d] 221, and Helvering v. Bowen, 85 id. 926.) All concur. (The decree dismisses a claim by the State to recover sales tax on the sale of a stamp collection.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

GIACOMO DISTEFANO, Respondent, v. RIDGE CONSTRUCTION CORPORATION, Appellant.— Order affirmed, without costs on this appeal to either party. Memorandum: We affirm this order because in our opinion the affidavits offered on behalf of the respondent show that his neglect to bring the action to trial has not been unreasonable. All concur. (The order denies a motion to dismiss the complaint on the ground of laches.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

VICTOR RUSCITTI, Respondent, v. RIDGE CONSTRUCTION CORPORATION, Appellant.— Order affirmed, without costs on this appeal to either party. Memorandum: We affirm this order because in our opinion the affidavits offered on behalf of the respondent show that his neglect to bring the action to trial has not been unreasonable. All concur. (The order denies a motion to dismiss the complaint on the ground of laches.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHARLES A. BLACK, 922 Main Street, Buffalo, New York, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by being struck by the overturning of a no-parking sign.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.